# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

SUKHROB DAVRONOV

(Name and Address of Defendant)

**FILED**

JUN - 1 2005
Jun 1, 2005
**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

**05CR0492**

CRIMINAL COMPLAINT

CASE NUMBER: MAGISTRATE JUDGE BROWN

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __5/30/2005__ in __Cook__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of First Degree Murder

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following
                                   Official Title
facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ■ Yes ___ No

Signature of Complainant
**SEAN J. BURKE
Special Agent
Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

June 1, 2005                                    at        Chicago, Illinois
Date                                                      City and State

GERALDINE SOAT BROWN United States Magistrate Judge
Name & Title of Judicial Officer                          Signature of Judicial Officer

STATE OF ILLINOIS )
) ss
COUNTY OF COOK )

### A F F I D A V I T

I, SEAN J. BURKE, being duly sworn, depose and say:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI), Department of Justice, and have been so employed for over three years. I am currently assigned to the FBI Violent Crimes/Fugitive Task Force and am familiar with fugitive investigations. The information contained in this affidavit was furnished to me by Chicago Police Department (CPD) Detective Joseph O'Carroll, unless otherwise indicated.

2. On May 30, 2005, during a backyard barbeque party at 2755 W. Arthur Avenue in Chicago, ODILJOHN IFTAMOV was stabbed to death during an altercation. Before Chicago Police Department officers arrived, the suspect in the murder, SUKHROB DAVRONOV, fled the scene. Several witnesses identified DAVRONOV as the person who killed IFTAMOV.

3. On June 1, 2005, the Circuit Court of Cook County, Illinois, issued an arrest warrant for DAVRONOV after he was charged with First Degree Murder, a felony. A copy of the warrant is attached to this affidavit.

4. Efforts by CPD detectives to locate DAVRONOV in the Chicago area since the incident have failed. During interviews conducted with witnesses to the murder, CPD detectives obtained a business card for DAVRONOV listing a cellular telephone number with an area code of "262" which is an area code in Wisconsin. At least one other witness had "heard" SUKHROB had gone to Wisconsin, but could provide no other details.

5. I have checked public records which indicate that DAVRONOV has a current address at an apartment in Elkhorn, Wisconsin. In addition, on May 27, 2005, DAVRONOV was issued a duplicate Wisconsin driver's license. His driver's license lists the same address in Elkhorn, Wisconsin, as the other records I reviewed, and I believe that this is where he lives. Records I reviewed also show a post office box in Chicago for DAVRONOV.

6. Based on the information contained in this affidavit, I believe SUKHROB DAVRONOV has fled the State of Illinois to avoid prosecution for First Degree Murder.

7. The Cook County State's Attorney's Office will extradite DAVRONOV when he is apprehended.

SEAN J. BURKE
Special Agent
Federal Bureau of Investigation

Sworn to and Subscribed before
me this 1st day of June, 2005

GERALDINE SOAT BROWN
United States Magistrate Judge

(Court Branch) (Court Date)

**Felony** CCCR N662-50M-10/8/04 (43350124)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois
Plaintiff

v.

COMPLAINT FOR PRELIMINARY EXAMINATION

No. 05MC1-125493 01

Sukhrob DAVRONOV
Defendant

Odiljon ISTAMOV (Deceased) Det. Thomas JOHNSON #20820 , complainant, now appears before
(Complainant's Name Printed or Typed)

The Circuit Court of Cook County and states that

Sukhrob DAVRONOV         6451 N. Calfornia, Chicago,Il.. has, on or about
(Defendant)              (Address)

May 30, 2005  at  2755 W. Arthur, Chicago, Ill. Cook County
(Date)            (Place of offense)

committed the offense of __First Degree Murder__ in that s/he
without lawful justification and with the intent to kill, stabbed Odiljon ISTAMOV
WITH A knife, thereby causing the death of Odiljon ISTAMOV.

in violation of __720__ __ILCS__ __5__ / __9-1(a)(1)__
              (Chapter) (Act) (Act) (Section)

CHARGE CODE

FILED
JUN 1 - 2005
DOROTHY BROWN
CLERK OF CIRCUIT COURT

Det. _____
       (Complainant's Signature)

Chicago Police Dept Area 3
(Complainant's Address)        (Telephone No.)

Odiljon ISTAMOV(deceased) Det. Thomas JOHNSON
(Complainant's Name Printed or Typed) #20820

STATE OF ILLINOIS } ss.
COOK COUNTY      }

being first duly sworn, 'Det. Thomas Johnson #20820 on oath, deposes and says the s/he read the foregoing
complaint by him/her subscribed and that the same is true.

DET. _____
       (Complainant's Signature)

Subscribed and sworn to before me _____  01 June , 2005

_____
(Judge or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there
is probable cause for filing same. Leave is given to file said complaint.

Summons Issued, Judge _____  1705
(Warrant Issued)  Bail set at No Bail                    Judge's No.
or
Bail set at No Bail              Judge _____
                                        Judge's No.

DOROTHY BROWN. CLERK OF THE CIRCUIT COURT OF COOK COUNTY

ORIGINAL – COURT FILE